RECEIVED
SDNY PRO SE OFFICE

2022 OCT 11 PM 3:15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lucia A. Morales

Write the full name of each plaintiff.

\_\_\_\_\_CV_____
(Include case number if one has been assigned)

-against-

Local 32BJ
ABM Industries
Brookfield Properties

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

*Labor Abuse, Retaliation for my Political activities, Discrimination*

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
(Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                    (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of _____

_____.

If the defendant is a corporation:

The defendant, _Local 32 BJ_, is incorporated under the laws of the State of _New York_

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Lucia_            _A_              _Morales_
First Name         Middle Initial    Last Name

_155-09_   _71th st ave apt 3C_
Street Address

_Flushing_                _NY_        _11367_
County, City               State       Zip Code

_718-600-7675_            _lucia morales1319@gmail.com_
Telephone Number          Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Local 32BJ
First Name / Last Name

Current Job Title (or other identifying information)
25 West 18th St New York NY
Current Work Address (or other address where defendant may be served)

10011
County, City / State / Zip Code

Defendant 2: ABM Industries
First Name / Last Name

50 Broadway Suite 1001
Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
New York NY 10004
County, City / State / Zip Code

Defendant 3: Brookfield Properties
First Name / Last Name

Current Job Title (or other identifying information)
250 Vesey St 15th Floor
Current Work Address (or other address where defendant may be served)
New York NY 10281
County, City / State / Zip Code

Page 4

Defendant 4: _____
First Name          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City          State          Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: *See the attached*

Date(s) of occurrence: _____

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

*See the attached*

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

See the attached

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

See the attached

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

10/11/2022
Date

Plaintiff's Signature

First Name: Julia
Middle Initial: A.
Last Name: Morales

Street Address: 155-09 71th Ave apt 3C

County, City: Flushing
State: NY
Zip Code: 11367

Telephone Number: 718-600-7675
Email Address (if available): lucia morales1319@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

LUCIA MORALES PLAINTIFF

I have been a member of local SEIU 32BJ since May 8th, 1998, I worked as a cleaner in different buildings in NYC only for ABM Industries and the last building I worked at was 200 Liberty.

1) In 2009 when I was working at 1114 6th Ave., I was falsely accused of stealing a pack of black trash bags and suspended indefinitely. That suspension was retaliation by the supervisor against me because I complained to her that she was not following the Union rules and regulations. That case was won by me in arbitration, the AWARD stated that the discharge was without just cause and therefore I was put back to work at a different location which was 75 Rockefeller Plaza.

2) On or around 2010 75 Rockefeller Plaza was closed for renovation and all the ABM employees were relocated at different locations, I was sent to work to 251 Park Avenue which was very problematic for me because transportation was convenient for me, and I was sent work to different locations daily. Then I was sent to cover someone in disability at 200 Liberty who did not come back to work, and I was kept there permanently.

3) I never had any problems in this building until 2017 when Gina Otero was brought to the building to work as Project Manager. Around 3 months after Ms. Otero in her position she brought to the building a new forelady, Mary Rodrigues who was promoted to Supervisor even though she was a union member, which I s violation of Union rules and regulations because a supervisorscannot be a union member because of conflict of interests. And the union had knowledge of this violation and chose to ignore it.

4) Not long after Otero took her position, I asked her to give me the work routine that was assigned to me, but I did not have it then because I was cleaning the building manager's office that was not part of my routine. I was told by her that she would do it but never did.

5) On October 17, 2018,Ms. Oterohad a romantic relationship with the Building Manager Jessy Edelman and because of that she gave herself more power and took Carol Saint out of her position of Shop Steward and out of the building stating that Mr. Edelman did not want her.

6) Not long after, in October 2018 I was elected to be the new Shop Steward in the building and from the same day I was assigned that position the harassment against me began since she did not want me to be the Shop Steward. And because of that I had to put a complain at the Union and the NLRB (Case # 02-CA- 22926). This case was ruled on my favor because of the Union's help.

7) On December 13, 2019, I was told by Otero that she was going to suspended but that I had to meet with her and the union delegate, BrekenaBeteski at the HR office of ABM for them to decide whether I will be suspended or not. At the meeting it was decided that I would not be suspended because there was no reason for them to suspended me.

8) InDecember 2019, Jessica Patino, a coworker of Colombian nationality was going to physically hit another coworker, Nilda Paguan of Dominican nationality but did not do it because the supervisor, Mary Rodrigues who is also of Colombian Nationality like the Project Manager Gina Otero intervened and did not happen. Paguan asked the supervisor, Rodrigues to call me, (The shop steward) in order to be there as a witness to their problem and the supervisor refusedher request in violation of union rules and regulations.

9) The following day I reported the incident to the union and HR of ABM stating that fighting is a violation of company rules as well as union rules and regulations and that Patino had been the one who started it according of witnesses. It did not have any fair result because instead of reprimanding the guilty one, Jessica Patino, she was rewarded with overtime the following day.

10) On January of this year, I was called by former coworkers from the building, and I was told that two males of Abanian nationality, ABM employees in the building, had threatened themselves of killing each other. The supervisor Rodrigues had knowledge of the incident and she took not action.

11) In July 2019 I was falsely accused by the foreman, Balone, of throwing the offices keys at him and suspended for 5 days. I put a complain at the union that I did not have any metal keys because the door locks of the offices I cleaned had to be opened with a card key and not metal keys. The stipulation of agreement between the union and the company stated that I get paid for the 5 days suspended because the accusation was a lie, and I did get paid as ordered.

12) On October 22, 2019, I was suspended for 3 unpaid days because supposedly, of not improving my work performance. That suspension was thrown out because the union in the investigation found out that the area that needed cleaning improvement was not part of my daily routine, other words, it was not my job.

13) On 7/6/2020 I was suspended for another 5 days without pay and final warning because that night I went to the lady's room to wash my face and the maski was wearing fell in the sink and got wet, when I came out of the bathroom I called a coworker, Mr. Ventura to ask him to bring a new mask for me since the one I had got wet. While I was waiting for the new mask the foreman Mr. Balone appeared and saw me not wearing one and I explained to him what happened. He then told me to wait for him there because he was going to the office to bring a new one for me. The same night I was called on the phone by him and told to go down to the office bringing everything down. The supervisor Mary Rodriguez was there, and she suspended me for 5 days with no pay. In arbitration the case was decided that I would get paid for 2 days of the 5. On many occasions several coworkers were seen by the foreman, supervisor and even the assistant manager not wearing a mask and no action was taking against them. All the harassment and abuse against me was because I was the shop union steward in the building.

14) On Nov. 27, 2020,a day before thanksgiving we were told that we would leave earlier because Thanksgiving Day was the following day and because of that I went to clean the Building

Manager's office, conference room and pantry earlier than usual on the 3rd floor, the lights on the floor were off excepthis. I was there with a male coworker who was to mop the pantry floor. Then we realized that the building manager was in his office and in order to follow the COVID distance rules I just picked up fast two cups and a dirty in order to avoid disturbing the manager and the coworker mopped the pantry floor. In order to wash the knife, I took it to 37th floor, which I also had to clean, to do so because the pantry's floor was wet leaving my vacuum because I was to come back with the knife washed after cleaning the 37th floor. Then I was called on the phone by the foreman and told me to wait for him there. Once on the floor the foreman asked me if I sawthe dirty knifeI had taken to wash from the Building manager's conference room because the manager had called him and asked about it. I told him that I had it and he took it, washed it himself and took it to the manager.

15) On May 30th the supervisor Mary Rodriguez called me home to tell me not to go back to work because I was suspended indefinitely, and I was under investigation by Human Resources because of the knife's incident the day before thanksgiving. Tree days later I called her and asked her what was going on and she told me she knew nothing because it was HR investigating and that she had nothing to do with it. The next time I called her, a week later, she gave me the same answer. A week later after I called the project manager Ms. Otero to pleading her to help me get my job back because I needed the money for my father's chemotherapy treatment. And she also told me that she had nothing to do with that investigation.

16) Around December 9th I received a call from Human Resources' manager, Rosario Bonilla who asked me to tell her what happened the night of the knife's incident. After explaining her what had happened, I also explained her the situation I was going through because of my father's condition and that being in such a stressful situation anyone would jump out of a bridge. She asked me if I needed a psychiatrist help and I told her I did not.

17) On or around Dec. 14th, I received a notice of layoff letter from HR which stated that unfortunately due to my seniority date with the company I was selected for layoff,and I would be on temporary layoffdue to the COVID pandemic not to exceed six monthsand that such layoff was scheduled to begin on November 30th, 2020. That letter was written on the 10th of December, I received around the 14th, and it states that my layoff was scheduled to begin on November 30th, 2020. There were many coworkers who had many years of less building seniority than me that were not laid off.

18) On January 21, 2021, I called Gina Otero, Project Manager, to ask her if it was fair for me to be out of work while there were many employees with less building seniority than me working at the building. I also asked her if she knew what had happened at the Capitol in Washington and that the same noise would happen at 200 Liberty when I contact Brookfield Management to tell them all the bad things she was doing in the building and that she should be careful with the new Colombian employees that she put to work in the building because they were the ones showing that she was stealing money from the company to pay them even if they did not work.

19) On March 18th 2021, at the second step hearing it was decided to take the case to arbitration which started on Nov. 5th of the same year.

20) On Sept. 16th the Union elections took place in which I run for the position of Assistant District Leader and won the position in such elections. I was sworn to the position at the Union on October 15th of the same year with the rest of the candidates who won the same position, we were more 20. That same day we had a meeting to vote on several issues the union had in schedule, and we never voted on Carlos Guzman's case which supposedly mentioned that Kyle Bragg could not be the Local 32BJ president because he had been convicted of a felony. That conviction is in the government records, he had misused union moneys for personal use or benefit.
At that meeting Mr. Guzman's name was never mentioned because I was in that meeting and never heard or voted on it. Unless they had another meeting to which I was not called for.

21) After Mr. Guzman had received a letter from the Union which stated that the board members of the Union had voted against his request about Mr. Bragg not been qualified to be the local's president, he had sent an appeal to SEIU in Washington regarding that situation or case. When the SEIU requested information about it, Mr. Guzman mentioned that Ms. Morales was part of the Board Members and that she was in that meeting and that they never were asked to vote on that issue. Mr. Guzman has the case going on at the WashingtonState.

22) On Nov. 5th, 2021, I had my first Arbitration hearing which was postponed at the request of the company's attorney. The second hearing was scheduled for Dec. 22nd of the same year, it was also postponed by the company which is a violation of the Arbitration procedures because only one postponement per party Is allowed without the other party's consent.

23) On January2022, I sent an email to the local president, Kyle Bragg asking him to enforce the contract since the company postponed my arbitration twice. So far, I did not receive response about it.

24) On January 25th, 2022, I had my first arbitration hearing via video conference which did not produce any results because the arbitrator postponed it this time, once again I felt abused and violated.

25) The following hearing was to take place on March of this year and the same arbitrator postponed it again because according to him ABM did not have its witnesses present.

26) The following and last arbitration hearing took place on April 20th, I asked the union attorney why she did not call my witnesses and why she did not indict the building manager to be in the arbitration because he was the one that falsely accused me of stilling the knife and the reason why I was removed from the building. The union attorney told me that they were not needed or irrelevant. I am positively sure that the union represented me in bad faith because of my political activities and ABMretaliated against me because of my position as a shop steward in the building.Also the union attorney never mention about the unjust layoff given to me by the company.

27) The arbitrator took 3 months to decide my case which is over the time limit to do so. Arbitrators are to take 30 days to give their final decisions for any case and this one took 2 Months and 3 weeks.

28) I lost the arbitration because the union represented me IN BAD FAITH.

29) I respectfully ask the court to find the best remedy necessary to compensate my loses, pain, suffering, harassment, abuse that no human been should suffer because of evil minded people's doings.