UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCIA A. MORALES,

                    Plaintiff,

      -against-

LOCAL 32BJ, et al.,

                    Defendants.

1:22-cv-08700 (JLR) (OTW)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    This case is already referred to Magistrate Judge Ona T. Wang for General Pretrial Purposes.  *See* ECF No. 20.  By separate order today, the Court is amending the referral to Judge Wang to also include Defendants' motions to dismiss.

    In addition, to conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Judge Wang.  If all parties so consent, they shall file on ECF, by **April 13, 2023**, a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to the Order of Reference issued today (and also available at https://nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge).

    If the Court approves that form, all further proceedings will then be conducted before Judge Wang rather than before this Court.  Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be from this Court if the consent form were not signed and so ordered.  An information sheet on proceedings before magistrate judges is also attached to this Order.

If any party does not consent to conducting all further proceedings before the Magistrate Judge, the parties must file a joint letter, **April 13, 2023**, advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent**. No adverse consequences will result from the withholding of that consent.

Dated:   March 23, 2023
         New York, New York

                                        SO ORDERED.

                                        *Jennifer Rochon*
                                        JENNIFER L. ROCHON
                                        United States District Judge