**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

LUCIA A. MORALES, et al., :

               Plaintiffs, :      22-CV-8700 (JLR) (OTW)

         -against- :      **ORDER**

LOCAL 32BJ, et al., :

         Defendants. :

-----------------------------------------------------------x

     **ONA T. WANG**, **United States Magistrate Judge**:

     *Pro se* Plaintiff's request dated April 3, 2023, for an extension of time to file responses to the Defendants' Motions to Dismiss is **GRANTED**. (ECF 41). The deadline is extended from April 5, 2023, to **April 28, 2023**. Defendants' replies are due **May 19, 2023**.

     The Court of Clerk is respectfully directed to serve a copy of this order on the *pro se* Plaintiff.

     **SO ORDERED.**

                                      *s/ Ona T. Wang*

Dated: April 5, 2023                        **Ona T. Wang**
       New York, New York             United States Magistrate Judge