UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
LUCIA A. MORALES,                                :
                                                 :
               Plaintiff,    :      22-CV-8700 (OTW)
                                                 :
               -against-    :      **ORDER**
                                                 :
LOCAL 32BJ, et al.,                              :
                                                 :
             Defendants.    :
                                                 :
                                                 :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The parties' joint motion to adjourn the Initial Case Management Conference scheduled for May 3, 2023, is **GRANTED**. The conference is adjourned *sine die*. The parties shall file a **joint status letter by May 26, 2023**, to be filed by either counsel for Defendant. The Court will refer the parties to mediation in separate order.

The Court of Clerk is respectfully directed to serve a copy of this order on the *pro se* Plaintiff.

      **SO ORDERED.**

                                                        *s/ Ona T. Wang*

Dated: April 26, 2023                  **Ona T. Wang**
      New York, New York         United States Magistrate Judge