UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
LUCIA A. MORALES, et al.,

                Plaintiffs,

                -against-

LOCAL 32BJ, et al.,

                Defendants.
-------------------------------------------------------------x

22-CV-8700 (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

Defendant Local 32BJ's request for removal from mediation under Mediation Program Procedure 3(b) is **DENIED**. (ECF 53). Defendant Local 32BJ shall inform the Mediation Office of the Court's order so that Mediation deadlines are not stayed pending determination of Defendant Local 32BJ's request. *See* Mediation Program Procedure 3(b).

The Court of Clerk is respectfully directed to serve a copy of this order on the *pro se* Plaintiff.

**SO ORDERED.**

                                              *s/ Ona T. Wang*

Dated: May 26, 2023                        **Ona T. Wang**
       New York, New York           United States Magistrate Judge