**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

LUCIA A. MORALES, et al.,                                        :
                                                                 :
                Plaintiffs,          :             22-CV-8700 (OTW)
                                                                 :
              -against-             :             **ORDER**
                                                                 :
LOCAL 32BJ, et al.,                                              :
                                                                 :
               Defendants.           :
                                                                 :
                                                                 :
---------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

      The parties are directed to file a joint status letter by **August 14, 2023**, including the status of mediation.

      The Court of Clerk is respectfully directed to serve a copy of this order on the *pro se* Plaintiff.


      **SO ORDERED.**


                                               *s/  Ona T. Wang*

Dated: July 27, 2023                             **Ona T. Wang**
       New York, New York                   United States Magistrate Judge