**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
LUCIA A. MORALES, et al.,

                Plaintiffs,              22-CV-8700 (OTW)

                -against-              **ORDER**

LOCAL 32BJ, et al.,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Defendant Local 32BJ's letter motion to adjourn conference (ECF 66) and Plaintiff's response (ECF 70). Defendant's letter motion is **GRANTED**. The conference scheduled for October 11, 2023 is **adjourned** without date. All discovery in this case is **STAYED** pending resolution of Defendants' motions to dismiss. (ECF Nos. 31 and 34).

The Court of Clerk is respectfully directed to close ECF 66.

**SO ORDERED.**

Dated: October 6, 2023                       _s/ Ona T. Wang_
New York, New York                     **Ona T. Wang**
                                          United States Magistrate Judge