**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
LUCIA A. MORALES,

                    Plaintiff,                               22 **CIVIL** 8700 (OTW)

       -against-                                    **JUDGMENT**

LOCAL 32BJ, et al.

                    Defendants.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated March 25, 2024, Defendants' motions to dismiss (ECF Nos. 31 and 34) are GRANTED. Although pro se complaints should generally be given leave to amend when there is "any indication that a valid claim might be stated," Thompson v. Carter, 284 F.3d 411, 416 (2d Cir. 2002), amendment may be denied upon a finding of futility. See Chill v. Gen. Elec. Co., 101 F.3d 263, 27172 (2d Cir. 1996). Here, Plaintiff has not pleaded either element of her hybrid claim and has pleaded facts that would make it impossible for her to do so. Accordingly, the case is closed.

**Dated:**  New York, New York

      March 25, 2024

                                          **RUBY J. KRAJICK**
                                          **Clerk of Court**

                   **BY:**

                                _____
                                          **Deputy Clerk**